# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AVANT-GARDE PROPERTIES OF SOUTH FLORIDA, LLC, TRUSTEE OF THE BROWARD RE FLORIDA LAND TRUST #280 DATED JANUARY 1, 2015,**
Appellant,

v.

**JP MORGAN CHASE BANK, N.A.,** and **SEAN FOLEY,**
Appellee.

No. 4D20-2142

[August 12, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE16-2964.

William A. Treco of Tepps Treco, Plantation, for appellant.

Jason F. Joseph of Tromberg Morris & Poulin, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***